THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Corlas Lamon Bell, Appellant.
 
 
 

Appeal From Marion County 
 James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-095
 Submitted December 23, 2003  Filed 
 February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Robert M. Dudek, Office of Appellate 
 Defense, of Columbia, for Appellant,
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Bell was convicted of 
 murder and possession of a firearm during the commission of a violent crime, 
 and he was sentenced.  The issue briefed by counsel concerns whether the trial 
 court erred in refusing to allow defense counsel to offer evidence that Bell 
 was originally indicted for two murders and one count of assault and battery 
 with intent to kill, all three crimes of which arose out of the same incident.  
 Specifically, counsel argues the fact that the State nol prossed 
 two of the three charges against Bell is relevant to the strength of its case.  
 Bells appellate counsel has petitioned to be relieved as counsel, stating that 
 she has reviewed the record and has concluded Bells appeal is without merit.  
 Bell has filed a pro se brief, raising the same issue, along with allegations 
 of error in: admitting testimony, admitting an oral statement made by him, and 
 denying counsels motion for directed verdict.     
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Bells appeal 
 and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, J.J., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.